JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COMPUTER DEPARTMENT, LLC, et al.,<br><br>Defendants. | Case No.: 2:15-cv-05549 PA (RAOx)<br><br>**FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS LOS ANGELES COMPUTER DEPARTMENT, LLC AND LA-TRONICS, INC.**<br><br>**Honorable Judge Percy Anderson** |

The Court, pursuant to the Stipulation for Entry of Final Judgment, including Permanent Injunction, between Plaintiff Adobe Systems Incorporated ("Plaintiff"), on the one hand, and Defendants Los Angeles Computer Department, LLC and LA-Tronics, Inc. ("Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a final judgment, including permanent injunction, shall be and hereby is entered against Defendants on Plaintiff's Complaint for Damages filed in this action and Defendants' proven liability for

trademark and copyright infringement as follows:

1. **FINAL JUDGMENT.** Plaintiff shall recover from Defendants, jointly and severally, the sum of Two Hundred Thousand Dollars ($200,000.00) on Plaintiff's Complaint for Damages including the trademark and copyright infringement causes of action raised in Plaintiff's Motion for Partial Summary Judgment and the Court's Order granting Partial Summary Judgment (ECF Dkt. 45).

2. **PERMANENT INJUNCTION.** Defendants are hereby restrained and enjoined from engaging in, directly or indirectly, any of the following activities in the United States and throughout the world:

(i). copying, cloning, downloading, importing, exporting, marketing, displaying, purchasing, selling, offering for sale, reproducing, acquiring, transferring, brokering, consigning, storing, shipping, licensing, developing, delivering, distributing and/or dealing in any product or service that uses, or otherwise makes any use of, references or relates to Plaintiff or any of Plaintiff's registered trademarks and copyrights, including but not limited to the **ADOBE** (USPTO, Reg. No. 1,475,793); **ADOBE PHOTOSHOP** (USPTO, Reg. No. 1,651,380); **ADOBE PREMIERE** (USPTO, Reg. No. 1,769,184); **PHOTOSHOP** (USPTO, Reg. No. 1,850,242); **A ADOBE** (design mark) (USPTO, Reg. No. 1,901,149); **A** (design mark) (USPTO, Reg. No. 2,081,343); **Photoshop** (USPTO, Reg. No. 2,920,764); **ADOBE ILLUSTRATOR** (USPTO, Reg. No. 1,479,408); **FIREWORKS** (USPTO, Reg. No. 2,043,911); **AFTER EFFECTS** (USPTO, Reg. No. 1,970,781); **ILLUSTRATOR** (USPTO, Reg. No. 2,060,488); **DREAMWEAVER** (USPTO, Reg. No. 2,294,926); **FLASH** (USPTO, Reg. No. 2,855,434); **INDESIGN** (USPTO, Reg. No. 2,439,079); **READER** (USPTO, Reg. No. 2,548,832); **FLASH BUILDER** (USPTO, Reg. No. 3,857,720); **ADOBE ENCORE** (USPTO, Reg. No. 2,916,709); **ENCORE** (USPTO, Reg. No. 2,949,766); **ADOBE AUDITION** (USPTO, Reg. No.

2,861,671); **CREATIVE SUITE** (USPTO, Reg. No. 3,111,341); **PRELUDE** (USPTO, Reg. No. 4,262,546); and **SPEEDGRADE** (USPTO, Reg. No. 4,142,777) registered marks ("Adobe's Trademarks"), *Adobe Creative Suite 6 Master Collection*. (Reg. No. TX0007568685) registered work ("Adobe's Copyrights"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, references or relates to Plaintiff or any of Adobe's Trademarks and Adobe's Copyrights (collectively, "Adobe's Trademarks and Copyrights") except where the above actions are performed in accordance with the use and terms of validly licensed and registered Adobe software;

  (ii). using Adobe's Trademarks and Copyrights, in commerce, and/or any other intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Adobe's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise except where the above actions are performed in accordance with the use and terms of validly licensed and registered Adobe software;

  (iii). copying or downloading, other than for personal or business use of a validly licensed and registered software, any of Plaintiff's ADOBE®-branded software programs bearing and/or comprised of Adobe's Trademarks and Copyrights;

  (iv). engaging in any acts of federal trademark infringement, false designation of origin, unfair competition, dilution, federal copyright infringement, unfair competition, or other act which would tend damage or injure Plaintiff; and/or

/ / /

    (v). using any Internet domain name or website that unlawfully includes any of Adobe's Trademarks and Copyrights.

  3. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

  4. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants.

  5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Final Judgment, including Permanent Injunction, against Defendants, and Plaintiff and Defendants waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the Permanent Injunction, by Defendants.

  6. **NO FEES AND COSTS.** Each party shall bear its own attorneys' fees and costs incurred in this matter.

  7. **TERMINATION OF THE ACTION.** The Court hereby terminates the action in its entirety upon entry of this Final Judgment, including Permanent Injunction, against Defendants.

  IT IS SO ORDERED, ADJUDICATED and DECREED this 2nd day of May, 2016.

            *(signature)*
            _____
            HON. PERCY ANDERSON
            United States District Judge
            Central District of California